**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carmelo Miguel GARCIA, a.k.a. Mikey,**
**Defendant–Appellant.**

No. 05–11573
Non–Argument Calendar.
D.C. Docket No. 04–00020–
CR–OC–10–GRJ.

United States Court of Appeals,
Eleventh Circuit.

Dec. 2, 2005.

Mark Andrew Goettel, New Port Richey, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before DUBINA, HULL and FAY, Circuit Judges.

PER CURIAM:

Mark A. Goettel Jr., appointed counsel for Carmelo Miguel Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and

Garcia's conviction and sentence are AFFIRMED.